```
             UNITED STATES DISTRICT COURT
              DISTRICT OF NEW HAMPSHIRE
```

Leisha Tringali

    v.                           Case No. 12-cv-124-PB

Massachusetts Department of
 Transitional Assistance, et al

<u>ORDER</u>

    Re: Document No. 3, Motion for Protective Order and Preliminary Injunction Hearing

    Ruling: Leisha Tringali has filed a "Petition for Temporary Protective Order and Petition and Motion for Preliminary Injunction Hearing" (document number 3). The petition appears to seek both temporary and preliminary injunctive relief. To the extent that it seeks temporary relief, the petition is denied because it seeks relief without prior notice to the adverse party and Tringali has not met the requirements of Federal Rule of Civil Procedure 65 (b). The court will defer a ruling on the request for preliminary relief until the petition has been answered.

Date:  July 18, 2012                    /s/ Paul Barbadoro
                                                US District Judge

cc:  Leisha Tringali, Pro Se